IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY VANVALKENBURG,<br><br>        Plaintiff,<br><br>vs.<br><br>U.S MARSHALL,<br><br>        Defendant. | **8:25CV501**<br><br>**MEMORANDUM AND ORDER** |

On November 18, 2025, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 14. The Court's order has not been returned to the Court as undeliverable. To date, Plaintiff has not filed an amended complaint or taken any action in this matter other than notifying the Court of his updated address, *see* Filing No. 15.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 5th day of January, 2026.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge